# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JONATHAN R PLOUET #465656 | CIVIL ACTION NO. 6:19-CV-00315 SEC P |
| VERSUS | JUDGE JUNEAU |
| SHERIFFS OFFICE OF LAFAYETTE PARISH ET AL | MAGISTRATE JUDGE WHITEHURST |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** plaintiff's claims against the Lafayette Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the plaintiff's claim for denial of medical care be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** plaintiff's claim for excessive force during his arrest be **STAYED** pending the outcome of his criminal proceedings, in accordance with the following conditions:

a. Within 30 days of the date the state court criminal proceedings have concluded, Plouet SHALL FILE a motion asking this Court to lift the stay. The action will proceed at that time, absent some other bar to suit. *See Wallace v. Kato*, 549 U.S. 384, (2007).

b. If the criminal proceedings are not concluded within six months from the date of this order, Plouet SHALL FILE a status report indicating the expected completion date of the proceeding. Additional status reports shall be filed every six months thereafter until the stay is lifted.

c. In light of the stay, Plouet SHALL NOT file any more documents related to his excessive force claim until the state court proceedings have concluded.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 28th day of October, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE