# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JONATHAN R PLOUET #465656** | **CASE NO. 6:19-CV-00315 SEC P** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **SHERIFFS OFFICE OF LAFAYETTE PARISH ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plouet's complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Local Rule (LR) 41.3W.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 15th day of June, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE